UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:12-CR-006366 JAR |
| ERIC DONABY, | ) ) ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR LEAVE TO FILE DOCUMENT
IN EXCESS OF FIFTEEN PAGES**

COMES NOW, the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Kenneth R. Tihen, Assistant United States Attorney for said District, and respectfully requests leave to file the Government's Response to Defendant's Motion for Compassionate Release in excess of the ordinary 15-page limit for a pleading as required in Local Rule 4.01(D). Said response is 18-pages in length. The government believes said response is needed to adequately respond to defendant's motion.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

 */s/ Kenneth R. Tihen*
KENNETH R. TIHEN, #37325MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
Kenneth.tihen@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                                                   /s/ *Kenneth R. Tihen*
                                                                               KENNETH R. TIHEN, #37325MO
                                                                               Assistant United States Attorney